# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED SEP 19 2023
CLERK

Roy Sullivan
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Southern States Millwright Regional Council / Local 729 / Local 2232
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Roy Sullivan
Street Address      3741 Stinson Ave
City and County     Baton Rouge La.
State and Zip Code  La. 70814
Telephone Number    (225) 241-8662
E-mail Address      roysullivan1965@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Millwright local union 2232
Job or Title (if known): Union Representative James Roland
Street Address: 2151 Alabama St.
City and County: Pasadena TX 77503
State and Zip Code:
Telephone Number: (713) 649-3132   (713) 649-0333
E-mail Address (if known):

Defendant No. 2

Name: Southern States Millwright regional Council
Job or Title (if known):
Street Address: 2000 Southbridge pkwy, Suite 203
City and County: Birmingham, Al 35209
State and Zip Code:
Telephone Number: 855-577-7672
E-mail Address (if known):

Defendant No. 3

Name: Millwright Local 729
Job or Title (if known): Business agent Mike Hines
Street Address: 8875 Greenwell Springs Road
City and County: Baton Rouge
State and Zip Code: LA. 70814
Telephone Number: (225) 926-5133
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title VII Discrimination/Retaliation.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

---

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lost pay, Pain and Suffering: $5,000,000
Punitive damages and attorney fees and cost, $5,000,000

## Statement of Claim

Complainant: Roy Sullivan

Position: Journeyman Millwright

Claim: Retaliation

Basis: Race, Color, Retaliation

Date: ongoing

RMO's: David Bonds – SSMRC Nuclear Representative

Allen Wayne Jennings – Executive Secretary Treasurer SSMRC

Mike Hines – Local 729 Business Agent

James Roland – Union Representative Local 2232

In March of 2023, I received a letter from the Southern State Millwright Regional Council with some made up charges against me filed by James Roland Union Representative Local 2232 when it was impossible to have violated the rules as alleged. The fines imposed on me were additionally retaliatory as the union has never imposed a fine of this magnitude ($10,000) and the rules of the makers for this finding included the Responsible Management Officials named here and in previous complaints and EEOC charges/inquiries, making the decision itself retaliatory.

Section 14 of the SSMRC work rules states that a member must provide 7 days and reasonable cause for not showing up for a job, to allow for coverage on the job. On two occasions jobs were offered to to me with only 4 days or less notice. Additionally, I called and provided reasonable cause for each absence and in one instance, the Union was able to provide replacement coverage, which nullifies the charge against me. I have sought an appeal to these decisions and is still awaiting responses.

I remain without work through the Union, which is also part of the ongoing retaliation.

Because of these facts, the I'm being retaliated against for engaging in the protected activity of complaining to management about discrimination because of my race and color in violation of Title VII of

the Civil Rights Act of 1964, as amended and retaliation for complaining.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-18-2023

Signature of Plaintiff: *Roy Sullivan*
Printed Name of Plaintiff: Roy Sullivan
3741 Stinson Ave
Baton Rouge La. 70814

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address